Brandon C. Marx, Esq.
Law Office of Brandon C. Marx
PO Box 6171
Sitka, AK 99835
T: 907-747-7100
Em: marxlaw@sitkalawyer.com
  assistant@sitkalawyer.com
AK Bar No. 0309039
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| NATHAN SANDERS,<br><br>Plaintiff,<br><br>vs.<br><br>CORY POTTER, IN PERSONAM; F/V GAMBLER, OFFICIAL NUMBER_____, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>Defendants. | Case No<br><br>AT LAW AND AT ADMIRALTY<br><br>**SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR WAGES AND PENALTIES – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916** |

COMES NOW the plaintiff and complains of the defendants alleging upon information and belief as follows:

1. Plaintiff, Nathan Sanders, brings and maintains this action pursuant to 28 U.S.C. § 1333; 46 U.S.C. §§ 10601, U.S. Const. Art. III, sec. 2, and the general maritime law.

2. Plaintiff is a resident of Washington.

3. Plaintiff is a seaman and a ward of this Court and elects to take advantage of the provisions of 28 U.S.C. § 1916 to proceed without prepayment of costs or fees.

**SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 1**
**CASE NO.**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

4. Defendant herein, Cory Potter, is a resident of Alaska.

5. The F/V Gambler is a fishing vessel documented by the United States, official number _____. Saide vessel will be found in the District of Alaska during the pendency of this action. During all times mentioned herein, said vessel was owned or bareboat chartered by the defendant and was engaged in maritime commerce.

6. At all times mentioned herein, plaintiff was employed by the defendants as a member of the crew, in the service of said vessel and was at all times acting within the course and scope of his duties as Chief Engineer in furtherance of the mission of said vessel.

7. Plaintiff was hired by defendants to be Chief Engineer aboard the F/V Gambler from December 28, 2020 to January 29, 2021. He was promised $300 per day for 33 days, or $9,900. He was given no written contract and was not paid his full wages.

8. Plaintiff further claims wage penalties under state law and/or punitive damages under the federal maritime law.

WHEREFORE, plaintiff prays judgment against the defendants as follows:

1. For a declaration that the plaintiff holds claim to a preferred maritime lien against the defendant vessel, her engines, machinery, appurtenances and cargo;

2. For arrest, condemnation and sale of the defendant vessel including her engines, machinery, appurtenances and cargo;

3. For earned wages and double wage penalties;

4. For pre-judgment interest on all claims as is in the law provided;

5. For costs of suit and reasonable attorney fees;

**SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 2
CASE NO.**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

6. For such other and further relief, including punitive damages, as is met and just in the circumstances.

Dated this  29th   day of June, 2023.

LAW OFFICE OF BRANDON MARX

By: /s/ Brandon C Marx
Brandon C. Marx, #0309039
PO Box 6171
Sitka, AK 99835
Telephone: (907) 747-7100
Fax: (907) 966-3100
Email: Marxlaw@sitkalawyer.com
assistant@sitkalawyer.com
*Attorney for Plaintiff*

I am the attorney for the plaintiff in this action and have knowledge of the matters asserted in the above complaint based upon information provided by the plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the allegations of the above complaint are true and correct to the best of my knowledge and belief.

DATED at Seattle, Washington this 29th    day of June, 2023.

/s/ Brandon C Marx
Brandon C. Marx

**SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES FOR PERSONAL INJURIES, WAGES, CLAIM FOR MAINTENANCE AND CURE – ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. § 1916 - 3**
**CASE NO.**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**