John W. Merriam
4005 20th Ave West, Suite 110
Seattle, WA 98199
T: 206-729-5252
Em: John@merriam-maritimelaw.com
*Attorney for Plaintiff, Pro Hac Vice*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| NATHAN SANDERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORY POTTER, IN PERSONAM; F/V GAMBLER, OFFICIAL NUMBER 974507, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00142-KFR<br><br>AT LAW AND AT ADMIRALTY<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

COMES NOW the plaintiff, by and through his attorney of record, to move this Court for entry of default judgment. This motion is based upon the Clerk's Notice of Default, docket 47, entered March 27, 2025 and the attached declaration of plaintiff Nathan Sanders.

Plaintiff requests judgment in the amount set forth in the proposed order attached herewith.

Respectfully submitted this 5th day of May 2025.

　　　　　　　　　　　　　　　　　LAW OFFICE OF JOHN MERRIAM

　　　　　　　　　　　　　　　　　By: */s/ John W. Merriam*
　　　　　　　　　　　　　　　　　John W. Merriam
　　　　　　　　　　　　　　　　　4005 20th Ave West, Suite 110
　　　　　　　　　　　　　　　　　Seattle, WA 98199
　　　　　　　　　　　　　　　　　Telephone: (206) 729-5252

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT- 1**　　　**JOHN W. MERRIAM**
**CASE NO. 3:23-CV-00142-KFR**　　　4005 20th Avenue West, Suite 110
　　　　　　　　　　　　　　　　　　　Seattle, Washington 98199
　　　　　　　　　　　　　　　　　　　T (206) 729-5252 ♦ F (206) 729-1012

Case 3:23-cv-00142-KFR　　Document 49　　Filed 05/05/25　　Page 1 of 2

Fax: (206) 729-1012
Email: John@merriam-maritimelaew.com
*Attorney for Plaintiff, Pro Hac Vice*

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT- 2**
**CASE NO. 3:23-CV-00142-KFR**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

Case 3:23-cv-00142-KFR    Document 49    Filed 05/05/25    Page 2 of 2