John W. Merriam
4005 20th Ave West, Suite 110
Seattle, WA 98199
T: 206-729-5252
Em: John@merriam-maritimelaw.com
*Attorney for Plaintiff, Pro Hac Vice*

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| NATHAN SANDERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORY POTTER, IN PERSONAM; F/V GAMBLER, OFFICIAL NUMBER 974507, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00142-KFR<br><br>AT LAW AND AT ADMIRALTY<br><br>**PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

COMES NOW the plaintiff, by and through his attorney of record, and renews his motion to the Court for entry of default judgment. This renewed motion is based upon the Court's denial of plaintiff's original Motion for Entry of Default Judgment, *see*, docket 51, and the attached declarations of plaintiff Nathan Sanders and of defendant's former counsel Michael Barcott.

Plaintiff renews his request for judgment in the amount set forth in the proposed order attached herewith.

Respectfully submitted this 16th day of September 2025.

　　　　　　　　　　　　　　　　　　LAW OFFICE OF JOHN MERRIAM

　　　　　　　　　　　　　　　　　　By: */s/ John W. Merriam*
　　　　　　　　　　　　　　　　　　John W. Merriam
　　　　　　　　　　　　　　　　　　4005 20th Ave West, Suite 110

**PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT- 1**
**CASE NO. 3:23-CV-00142-KFR**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

Case 3:23-cv-00142-KFR　　Document 53　　Filed 09/16/25　　Page 1 of 2

Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
Email: John@merriam-maritimelaew.com
*Attorney for Plaintiff, Pro Hac Vice*

**PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT JUDGMENT- 2**
**CASE NO. 3:23-CV-00142-KFR**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington 98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

Case 3:23-cv-00142-KFR    Document 53    Filed 09/16/25    Page 2 of 2