# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| NATHAN SANDERS<br>*Plaintiff*<br>v.<br>CORY POTTER<br>*Defendant* | )<br>)<br>) Civil Action No. 3:23-cv-00142-KFR<br>)<br>)<br>) |

## DEFAULT JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Renewed Motion for Default Judgment at Docket 53 is **GRANTED** and orders that judgment be entered as follows: Plaintiff shall recover from Defendant Potter the following amounts.

- $3,180 in unpaid wages; and
- $27,000 in wage penalties pursuant to Alaska Statute § 23.05.140; and
- $2,650 in attorney's fees pursuant to Alaska Rule of Civil Procedure 82.

APPROVED:

**s/Kyle F. Reardon**
Kyle F. Reardon
United States Magistrate Judge

Date: October 22, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*